IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IVAN SALCEDO,<br>Defendant. | Case No.: CR 18–00346 JD<br>[PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING<br>Court: Courtroom 11, 19th Floor |

Good cause appearing therefor, IT IS ORDERED that the change of plea hearing be continued to 9 May 2019, and that time under the Speed Trial Act between 13 March 2019 and 8 May 2019 be excluded for effective preparation and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 11, 2019



Judge James Donato